UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:20CR60-PPS/APR |
| ) | |
| CHRISTOPHER ZINANNI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Christopher Zinanni's request to enter a plea of guilty to Count 1 of the Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 22.] Following a hearing on the record on May 3, 2021 [DE 26], Judge Rodovich found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. The parties waived any objections to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Christopher Zinanni's plea of guilty, to which any objections were waived, the Court hereby ADOPTS the findings and recommendation [DE 26] in their entirety.

Defendant Christopher Zinanni is adjudged GUILTY of Count 1 of the Indictment, a charge of distribution of child pornography, in violation of 21 U.S.C. §2252(a)(2).

The sentencing hearing is set for July 30, 2021 at 11:00 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: May 4, 2021.

                                        /s/ Philip P. Simon
                                      UNITED STATES DISTRICT JUDGE